No. 518, Misc. BRISTOL *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 520, Misc. WRIGHT *v.* OLIVER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 521, Misc. BRAUN *v.* WILSON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 522, Misc. LATIMER *v.* CALIFORNIA. Dist. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 523, Misc. WILLIAMS *v.* GEORGIA. Sup. Ct. Ga. Certiorari denied. *James W. Dorsey* for petitioner. *Arthur K. Bolton,* Attorney General of Georgia, and *Harold N. Hill, Jr.,* and *Alfred L. Evans, Jr.,* Assistant Attorneys General, for respondent.

No. 524, Misc. SHOBE *v.* CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 525, Misc. SHOCKEY *v.* ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied. *John R. Snively* for petitioner.

No. 527, Misc. BETILLO *v.* WARDEN, GREEN HAVEN STATE PRISON. C. A. 2d Cir. Certiorari denied.

No. 534, Misc. SCHACK *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 536, Misc. SHOCKEY *v.* ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied. *John R. Snively* for petitioner.